BRYAN SCHRODER
United States Attorney

ANDREA W. HATTAN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK    99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: andrea.w.hattan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH DROPBOX ACCOUNT CTDEMURE@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY DROPBOX, INC. | Case No. 3:18-mj-00279-DMS<br><br>MOTION TO SEAL SEARCH WARRANT, APPLICATION, AFFIDAVIT FOR SEARCH WARRANT, AND RETURN<br><br>**FILED UNDER SEAL** |

**EX PARTE MOTION TO SEAL APPLICATION AND AFFIDAVIT IN SUPPORT OF SEARCH WARRANT AND ALL RELATED DOCUMENTS**

COMES NOW the United States of America, by and through undersigned counsel and hereby moves for an order sealing the above-numbered Application, Affidavit, and Search Warrant, and the requisite inventory notice (with the exception of one copy of the warrant and the inventory notice that will be left at Subject Premises), and this motion and order.

This sealing order is requested by the government because the investigation revealed in the Affidavit in Support of Search Warrant is still in progress.    Undersigned

counsel has been advised that this search warrant is just one piece of an ongoing investigation. On information and belief, exposure of the facts and identities of the subjects, witnesses and matters contained in the Affidavit for Search Warrant at this time could hamper, impede or jeopardize this investigation.

This Court has the discretion and authority to seal Affidavits in support of search warrants. *See Officers of Lakeside Non-Ferron Metals v. United States*, 679 F.2d 778, 779-80 (9th Cir. 1982); *Matter of Sealed Affidavits for Search Warrants*, 600 F.2d 1256, 1257-58 (9th Cir. 1979).

Based on the foregoing, the United States respectfully requests this Court enter the attached order sealing all papers submitted in support of this Application, including the Application, Affidavit, and Search Warrant, and the requisite inventory notice (with the exception of one copy of the warrant and the inventory notice that will be left at the Subject Premises), and this motion and order. The United States also asks the Court to find that the public's right to access is outweighed by the need to mitigate the danger of disclosure of facts and identities of the subjects, witnesses and matters contained in the affidavit.

RESPECTFULLY SUBMITTED on May 22, 2018, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

By: s/ Andrea W. Hattan
ANDREA W. HATTAN
Assistant United States Attorney

Application for Sealing Order
*3:18-mj-00279-DMS*                Page 2 of 2